# Earnings Statement

**ADP**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| JZW | 167702 | MMP | 0000 | 020 |

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Period Beginning:  02/24/2020
Period Ending:     03/01/2020
Pay Date:          03/05/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

JUANITA JOHNSON-BLACK
5925 NORTH WATER STREET
PHILADELPHIA PA 19120

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular  | 14.5000 | 22.75 | 329.88 | 5,133.01 |
| Overtime |      |       |        | 146.81 |
| **Gross Pay** |  |  | **$329.88** | 5,279.82 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -17.41 | 409.23 |
| | Social Security Tax | -20.45 | 327.35 |
| | Medicare Tax | -4.79 | 76.56 |
| | PA State Income Tax | -10.13 | 162.08 |
| | Philadelphia Income Tax | -12.77 | 204.38 |
| | Upper Dublin Local Svc Tax | -1.00 | 10.00 |
| | PA SUI/SDI Tax | -0.20 | 3.17 |

**Net Pay**        $263.13
Checking           -263.13
**Net Check**      $0.00

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Total Work Hrs | 22.75 | |

Important Notes
(856) 222-0020

BASIS OF PAY: HOURLY

Your federal taxable wages this period are $329.88

© 2000 ADP, LLC

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Advice number:  00000100438
Pay date:       03/05/2020

Deposited to the account of
JUANITA JOHNSON-BLACK

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxx1692 | xxxx xxxx | $263.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**ADP**

## Earnings Statement

| | |
|---|---|
| CO / FILE / DEPT / CLOCK / VCHR.NO. 020 | |
| JYM / 125793 / HUMR / MP / 0000050165 | |

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Period Beginning: 02/17/2020
Period Ending:   02/23/2020
Pay Date:        02/27/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA:      N/A

JUANITA JOHNSON-BLACK
5925 NORTH WATER STREET
PHILADELPHIA PA 19120

**Earnings**

| | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 38.75 | 561.88 | 4,803.13 |
| Overtime | | | | 146.81 |
| **Gross Pay** | | | **$561.88** | 4,949.94 |

**Other Benefits and Information**

| | this period | total to date |
|---|---|---|
| Total Work Hrs | 38.75 | |

**Important Notes**
(856) 222-0020

BASIS OF PAY: HOURLY

**Deductions   Statutory**

| | | |
|---|---|---|
| Federal Income Tax | -44.94 | 391.82 |
| Social Security Tax | -34.84 | 306.90 |
| Medicare Tax | -8.14 | 71.77 |
| PA State Income Tax | -17.25 | 151.95 |
| Philadelphia Income Tax | -21.75 | 191.61 |
| Upper Dublin Local Svc Tax | -1.00 | 9.00 |
| PA SUI/SDI Tax | -0.34 | 2.97 |

**Net Pay**        $433.62
Checking          -433.62
**Net Check**      $0.00

Your federal taxable wages this period are $561.88

---

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Advice number: 00000090453
Pay date:      02/27/2020

Deposited to the account of
JUANITA JOHNSON-BLACK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1692 | xxxx xxxx | $433.62 |

**THIS IS NOT A CHECK**

© 2000 ADP, LLC

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | 020 |

**Earnings Statement** ADP

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Period Beginning: 02/10/2020
Period Ending: 02/16/2020
Pay Date: 02/20/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

JUANITA JOHNSON-BLACK
5925 NORTH WATER STREET
PHILADELPHIA PA 19120

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 4,241.25 |
| Overtime | 21.7500 | .25 | 5.44 | 146.81 |
| **Gross Pay** | | | **$585.44** | 4,388.06 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 40.25 | |

**Important Notes**
(856) 222-0020

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -47.76 | 346.88 |
| | Social Security Tax | -36.30 | 272.06 |
| | Medicare Tax | -8.49 | 63.63 |
| | PA State Income Tax | -17.97 | 134.70 |
| | Philadelphia Income Tax | -22.66 | 169.86 |
| | Upper Dublin Local Svc Tax | -1.00 | 8.00 |
| | PA SUI/SDI Tax | -0.35 | 2.63 |
| **Net Pay** | | **$450.91** | |
| Checking | | -450.91 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $585.44

© 2000 ADP, LLC

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Advice number: 00000080444
Pay date: 02/20/2020

Deposited to the account of
JUANITA JOHNSON-BLACK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1692 | xxxx xxxx | $450.91 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

CO.  FILE  DEPT.  CLOCK  VCHR. NO.  020

**Earnings Statement**

ADP

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ  08054

Period Beginning:  02/03/2020
Period Ending:     02/09/2020
Pay Date:          02/13/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA:      N/A

JUANITA JOHNSON-BLACK
5925 NORTH WATER STREET
PHILADELPHIA PA  19120

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 3,661.25 |
| Overtime | 21.7500 | 1.75 | 38.06 | 141.37 |
| Gross Pay | | | $618.06 | 3,802.62 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 41.75 | |

**Important Notes**
(856) 222-0020

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -51.68 | 299.12 |
| | Social Security Tax | -38.32 | 235.76 |
| | Medicare Tax | -8.96 | 55.14 |
| | PA State Income Tax | -18.97 | 116.73 |
| | Philadelphia Income Tax | -23.93 | 147.20 |
| | Upper Dublin Local Svc Tax | -1.00 | 7.00 |
| | PA SUI/SDI Tax | -0.37 | 2.28 |

| Net Pay | | $474.83 |
|---|---|---|
| Checking | | -474.83 |
| Net Check | | $0.00 |

Your federal taxable wages this period are $618.06

© 2000 ADP, LLC

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ  08054

Advice number: 00000070475
Pay date:      02/13/2020

Deposited to the account of
JUANITA JOHNSON-BLACK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1692 | xxxx  xxxx | $474.83 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| JYM | 257735 | PLMTMP | | 0000080444 | 1 |

# Earnings Statement

**ADP**

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Period Beginning: 02/10/2020
Period Ending: 02/16/2020
Pay Date: 02/20/2020

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   PA: N/A

JUANITA JOHNSON-BLACK
5925 NORTH WATER STREET
PHILADELPHIA PA 19120

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 4,241.25 |
| Overtime | 21.7500 | .25 | 5.44 | 146.81 |
| **Gross Pay** | | | **$585.44** | 4,388.06 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 40.25 | |

**Important Notes**
(856) 222-0020

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -47.76 | 346.88 |
| | Social Security Tax | -36.30 | 272.06 |
| | Medicare Tax | -8.49 | 63.63 |
| | PA State Income Tax | -17.97 | 134.70 |
| | Philadelphia Income Tax | -22.66 | 169.86 |
| | Upper Dublin Local Svc Tax | -1.00 | 8.00 |
| | PA SUI/SDI Tax | -0.35 | 2.63 |
| **Net Pay** | | **$450.91** | |
| Checking | | -450.91 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $585.44

© 2000 ADP, LLC

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Advice number: 00000080444
Pay date: 02/20/2020

Deposited to the account of
JUANITA JOHNSON-BLACK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1692 | xxxx xxxx | $450.91 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. |
|---|---|---|---|---|
| JYM | 257735 | PLMTMP | 0000070475 | 1 |

**Earnings Statement**

**ADP**

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Period Beginning: 02/03/2020
Period Ending: 02/09/2020
Pay Date: 02/13/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

JUANITA JOHNSON-BLACK
5925 NORTH WATER STREET
PHILADELPHIA PA 19120

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 3,661.25 |
| Overtime | 21.7500 | 1.75 | 38.06 | 141.37 |
| **Gross Pay** | | | **$618.06** | 3,802.62 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 41.75 | |

**Important Notes**
(856) 222-0020

BASIS OF PAY: HOURLY

**Deductions** Statutory

| | this period | year to date |
|---|---|---|
| Federal Income Tax | -51.68 | 299.12 |
| Social Security Tax | -38.32 | 235.76 |
| Medicare Tax | -8.96 | 55.14 |
| PA State Income Tax | -18.97 | 116.73 |
| Philadelphia Income Tax | -23.93 | 147.20 |
| Upper Dublin Local Svc Tax | -1.00 | 7.00 |
| PA SUI/SDI Tax | -0.37 | 2.28 |
| **Net Pay** | **$474.83** | |
| Checking | -474.83 | |
| **Net Check** | **$0.00** | |

Your federal taxable wages this period are $618.06

© 2000 ADP, LLC

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Advice number: 00000070475
Pay date: 02/13/2020

Deposited to the account of
JUANITA JOHNSON-BLACK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1692 | xxxx xxxx | $474.83 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| JYM | 257735 | PLMTMP | | 0000060496  1 |

**Earnings Statement**

**ADP**

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Period Beginning: 01/27/2020
Period Ending: 02/02/2020
Pay Date: 02/06/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

JUANITA JOHNSON-BLACK
5925 NORTH WATER STREET
PHILADELPHIA PA 19120

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 3,081.25 |
| Overtime | 21.7500 | 1.00 | 21.75 | 103.31 |
| **Gross Pay** | | | **$601.75** | 3,184.56 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 41.00 | |

**Important Notes**
(856) 222-0020

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.72 | 247.44 |
| | Social Security Tax | -37.31 | 197.44 |
| | Medicare Tax | -8.73 | 46.18 |
| | PA State Income Tax | -18.47 | 97.76 |
| | Philadelphia Income Tax | -23.29 | 123.27 |
| | Upper Dublin Local Svc Tax | -1.00 | 6.00 |
| | PA SUI/SDI Tax | -0.36 | 1.91 |

| Net Pay | $462.87 |
|---|---|
| Checking | -462.87 |
| **Net Check** | **$0.00** |

Your federal taxable wages this period are $601.75

---

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Advice number: 00000060496
Pay date: 02/06/2020

Deposited to the account of
JUANITA JOHNSON-BLACK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1692 | xxxx xxxx | $462.87 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

© 2000 ADP, LLC

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| JYM | 257735 | PLMTMP | | 0000050444  1 |

**Earnings Statement**  ADP

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Period Beginning: 01/20/2020
Period Ending: 01/26/2020
Pay Date: 01/30/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

JUANITA JOHNSON-BLACK
5925 NORTH WATER STREET
PHILADELPHIA PA 19120

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 38.50 | 558.25 | 2,501.25 |
| Overtime | | | | 81.56 |
| **Gross Pay** | | | **$558.25** | 2,582.81 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 38.50 | |

**Important Notes**
(856) 222-0020

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -44.50 | 197.72 |
| | Social Security Tax | -34.61 | 160.13 |
| | Medicare Tax | -8.09 | 37.45 |
| | PA State Income Tax | -17.14 | 79.29 |
| | Philadelphia Income Tax | -21.61 | 99.98 |
| | Upper Dublin Local Svc Tax | -1.00 | 5.00 |
| | PA SUI/SDI Tax | -0.34 | 1.55 |
| **Net Pay** | | **$430.96** | |
| Checking | | -430.96 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $558.25

© 2000 ADP, LLC

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Advice number: 00000050444
Pay date: 01/30/2020

Deposited to the account of
JUANITA JOHNSON-BLACK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1692 | xxxx  xxxx | $430.96 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. |
|---|---|---|---|---|
| JYM | 257735 | PLMTMP | 0000044407 | 1 |

**Earnings Statement**  ADP®

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Period Beginning: 01/13/2020
Period Ending: 01/19/2020
Pay Date: 01/23/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

JUANITA JOHNSON-BLACK
5925 NORTH WATER STREET
PHILADELPHIA PA 19120

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 1,943.00 |
| Overtime | 32.6250 | 2.00 | 65.25 | 81.56 |
| **Gross Pay** | | | **$645.25** | 2,024.56 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 42.00 | |

**Important Notes**
(856) 222-0020

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -54.94 | 153.22 |
| | Social Security Tax | -40.00 | 125.52 |
| | Medicare Tax | -9.36 | 29.36 |
| | PA State Income Tax | -19.81 | 62.15 |
| | Philadelphia Income Tax | -24.98 | 78.37 |
| | Upper Dublin Local Svc Tax | -1.00 | 4.00 |
| | PA SUI/SDI Tax | -0.38 | 1.21 |

**Net Pay** $494.78
Checking -494.78
**Net Check** $0.00

Your federal taxable wages this period are $645.25

© 2000 ADP, LLC

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Advice number: 00000044407
Pay date: 01/23/2020

Deposited to the account of
JUANITA JOHNSON-BLACK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1692 | xxxx xxxx | $494.78 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR NO. | |
|---|---|---|---|---|---|
| JYM | 257735 | PLMTMP | | 0000030427 | 1 |

**Earnings Statement** — ADP

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Period Beginning: 01/06/2020
Period Ending: 01/12/2020
Pay Date: 01/16/2020

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 1
 PA: N/A

JUANITA JOHNSON-BLACK
5925 NORTH WATER STREET
PHILADELPHIA PA 19120

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 40.00 | 580.00 | 1,363.00 |
| Overtime | 32.6250 | .50 | 16.31 | 16.31 |
| **Gross Pay** | | | **$596.31** | 1,379.31 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 40.50 | |

**Important Notes**
(856) 222-0020

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.07 | 98.28 |
| | Social Security Tax | -36.97 | 85.52 |
| | Medicare Tax | -8.65 | 20.00 |
| | PA State Income Tax | -18.31 | 42.34 |
| | Philadelphia Income Tax | -23.08 | 53.39 |
| | Upper Dublin Local Svc Tax | -1.00 | 3.00 |
| | PA SUI/SDI Tax | -0.36 | 0.83 |
| **Net Pay** | | **$458.87** | |
| Checking | | -458.87 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $596.31

© 2000 ADP, LLC

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Advice number: 00000030427
Pay date: 01/16/2020

Deposited to the account of
JUANITA JOHNSON-BLACK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1692 | xxxx xxxx | $458.87 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| JYM | 257735 | PLMTMP | | 0000024501 1 |

# Earnings Statement

**ADP**

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Period Beginning: 12/30/2019
Period Ending: 01/05/2020
Pay Date: 01/09/2020

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 1
  PA: N/A

JUANITA JOHNSON-BLACK
5925 NORTH WATER STREET
PHILADELPHIA PA 19120

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 30.00 | 435.00 | 783.00 |
| **Gross Pay** | | | **$435.00** | 783.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 30.00 | |

**Important Notes**
(856) 222-0020

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -29.71 | 49.21 |
| | Social Security Tax | -26.97 | 48.55 |
| | Medicare Tax | -6.30 | 11.35 |
| | PA State Income Tax | -13.35 | 24.03 |
| | Philadelphia Income Tax | -16.84 | 30.31 |
| | Upper Dublin Local Svc Tax | -1.00 | 2.00 |
| | PA SUI/SDI Tax | -0.26 | 0.47 |

| | | |
|---|---|---|
| **Net Pay** | | **$340.57** |
| Checking | | -340.57 |
| **Net Check** | | **$0.00** |

Your federal taxable wages this period are $435.00

© 2000 ADP, LLC

---

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Advice number: 00000024501
Pay date: 01/09/2020

Deposited to the account of
JUANITA JOHNSON-BLACK

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx1692 | xxxx xxxx | $340.57 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| CO. | FILE | DEPT | CLOCK | VCHR. NO. | |
|---|---|---|---|---|---|
| JYM | 257735 | PLMTMP | 0000017206 | | 1 |

# Earnings Statement

ADP

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Period Beginning: 12/23/2019
Period Ending: 12/29/2019
Pay Date: 01/03/2020

Taxable Marital Status: Single
Exemptions/Allowances:
   Federal: 1
   PA: N/A

JUANITA JOHNSON-BLACK
5925 NORTH WATER STREET
PHILADELPHIA PA 19120

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 14.5000 | 24.00 | 348.00 | 348.00 |
| Gross Pay | | | $348.00 | 348.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Total Work Hrs | 24.00 | |

**Important Notes**
(856) 222-0020

BASIS OF PAY: HOURLY

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -19.50 | 19.50 |
| | Social Security Tax | -21.58 | 21.58 |
| | Medicare Tax | -5.05 | 5.05 |
| | PA State Income Tax | -10.68 | 10.68 |
| | Philadelphia Income Tax | -13.47 | 13.47 |
| | Upper Dublin Local Svc Tax | -1.00 | 1.00 |
| | PA SUI/SDI Tax | -0.21 | 0.21 |

| Net Pay | $276.51 |
|---|---|
| Checking | -276.51 |
| Net Check | $0.00 |

Your federal taxable wages this period are $348.00

© 2000 ADP, LLC

CONTEMPORARY STAFFING SOLUTIONS
161 GAITHER DR
MOUNT LAUREL, NJ 08054

Advice number: 00000017206
Pay date: 01/03/2020

Deposited to the account of
JUANITA JOHNSON-BLACK

| account number | transit ABA | amount |
|---|---|---|
| xxxxx1692 | xxxx xxxx | $276.51 |

THIS IS NOT A CHECK

NON-NEGOTIABLE