Contemporary Staffing Solutions

Johnson-Black, Juanita
5925 North Water St.

Philadephia                    PA   19120

Employee ID:           257735
Check Number:          DD00395629
Check Date:            12/12/2019
Pay Period Start:      12/2/2019
Pay Period End:        12/8/2019

| Code | Description | Pay Rate | Hours | Current Amount | Year-To-Date Hours | Year-To-Date Amount |
|---|---|---|---|---|---|---|
| REG | Regular Pay | $14.50 | 40.00 | $580.00 | 40.00 | 580.00 |
| **GROSS PAY** | | | | **$580.00** | | **$580.00** |
| | Federal Tax | | | $47.82 | | 47.82 |
| | Pennsylvania | | | $17.81 | | 17.81 |
| | FICA Social Security Tax | | | $35.96 | | 35.96 |
| | FICA Medicare Tax | | | $8.41 | | 8.41 |
| | Upr Dublin  T. (Mntgmry) MLS WK | | | $1.00 | | 1.00 |
| | Phldlpha City/Phldlpha Comb Res | | | $22.45 | | 22.45 |
| | EE SUTE Tax | | | $0.35 | | 0.35 |
| **TAXES WITHHELD** | | | | **$133.80** | | **$133.80** |
| **NET PAY** | | | | **$446.20** | | **$446.20** |

**Direct Deposit Information**

| Bank | Amount |
|---|---|
| 031000503 | $446.20 |

```
                      ***   Duplicate Pay Stub     ***
Contemporary Staffing Solutions Inc.
                                          Employee ID:       257735
Johnson-Black, Juanita                    Check Number:      DD00396279
5925 North Water St.                      Check Date:        12/19/2019
                                          Pay Period Start:  12/9/2019
                                          Pay Period End:    12/15/2019
Philadephia                PA    19120
```

|  |  |  |  | Current | Year-To-Date | |
|---|---|---|---|---|---|---|
| Code | Description | Pay Rate | Hours | Amount | Hours | Amount |
| REG | Regular Pay | $14.50 | 39.25 | $569.13 | 79.25 | 1,149.13 |
| **GROSS PAY** | | | | **$569.13** | | **$1,149.13** |
| | Federal Tax | | | $46.52 | | 94.34 |
| | Pennsylvania | | | $17.47 | | 35.28 |
| | FICA Social Security Tax | | | $35.29 | | 71.25 |
| | FICA Medicare Tax | | | $8.25 | | 16.66 |
| | Upr Dublin T. (Mntgmry) MLS WK | | | $1.00 | | 2.00 |
| | Phldlpha City/Phldlpha Comb Res | | | $22.03 | | 44.48 |
| | EE SUTE Tax | | | $0.34 | | 0.69 |
| **TAXES WITHHELD** | | | | **$130.90** | | **$264.70** |
| **NET PAY** | | | | **$438.23** | | **$884.43** |

**Direct Deposit Information**

| Bank | Amount |
|---|---|
| 031000503 | $438.23 |

```
                              *** Duplicate Pay Stub    ***
Contemporary Staffing Solutions
                                                     Employee ID:       257735
Johnson-Black, Juanita                               Check Number:      DD00397012
5925 North Water St.                                 Check Date:        12/27/2019
                                                     Pay Period Start:  12/16/2019
                                                     Pay Period End:    12/22/2019
Philadephia                   PA    19120
```

|      |                 |          |       | Current  | Year-To-Date |          |
|------|-----------------|----------|-------|----------|--------------|----------|
| Code | Description     | Pay Rate | Hours | Amount   | Hours        | Amount   |
| REG  | Regular Pay     | $14.50   | 40.00 | $580.00  | 119.25       | 1,729.13 |
| **GROSS PAY** |    |          |       | **$580.00** |           | **$1,729.13** |
|      | Federal Tax     |          |       | $47.82   |              | 142.16   |
|      | Pennsylvania    |          |       | $17.81   |              | 53.09    |
|      | FICA Social Security Tax |  |   | $35.96   |              | 107.21   |
|      | FICA Medicare Tax |        |       | $8.41    |              | 25.07    |
|      | Upr Dublin T. (Mntgmry) MLS WK |  | | $1.00 |             | 3.00     |
|      | Phldlpha City/Phldlpha Comb Res |  | | $22.45 |            | 66.93    |
|      | EE SUTE Tax     |          |       | $0.35    |              | 1.04     |
| **TAXES WITHHELD** |       |          |       | **$133.80** |           | **$398.50** |
| **NET PAY** |            |          |       | **$446.20** |           | **$1,330.63** |

**Direct Deposit Information**

| Bank       | Amount   |
|------------|----------|
| 031000503  | $446.20  |