# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:  Chapter 13

JUANITA  JOHNSON-BLACK  Bankruptcy No. 20-10702-MDC

5925 N. WATER STREET

PHILADELPHIA, PA 19120-

Debtor

### CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
JUANITA  JOHNSON-BLACK

5925 N. WATER STREET

PHILADELPHIA, PA 19120-

**Counsel for debtor(s), by electronic notice only.**
PAUL H YOUNG
3554 HULMEVILLE RD
SUITE 102
BENSALEM, PA 19020

**Counsel for the United States Trustee, by electronic notice only.**
Office of the U.S. Trustee
Eastern District of Pennsylvania
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

Date: 4/30/2020  /s/ William C. Miller

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee