# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   JUANITA JOHNSON-BLACK    :    CHAPTER 13
:
Debtor                          :    BANKRUPTCY NO. 20-10702

## ORDER

**AND NOW**, upon Motion of the Debtor, the above Chapter 13 Case is hereby converted to a Chapter 7 filing under this title.

BY THE COURT:

June 4, 2020
Date

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE