United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 20-10702-mdc
Juanita Johnson-Black                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Lisa              Page 1 of 2              Date Rcvd: Jun 04, 2020
                              Form ID: pdf900         Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 06, 2020.
db              +Juanita Johnson-Black,    5925 N. Water Street,    Philadelphia, PA 19120-2012
14462159        +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
14462160        +Nationwide Recovery Sy,    3000 Kellway Dr,    Carrollton, TX 75006-3304
14487801        +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14477430        +PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS,    CO Rebecca A. Solarz, Esq.,
                  KML Law Group,    701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14462161        +Pnc Bank,    Po Box 8703,    Dayton, OH 45401-8703
14471281        +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, Tx 76161-0244
14462162        +Santander Consumer Usa,    Po Box  961211,    Fort Worth, TX 76161-0211
14465400        +U.S. Department of Housing and Urban Development,    100 Penn Square East, 11th Floor,
                  Philadelphia, PA 19107-3325
14462164        +United Auto Credit Co,    3990 Westerley Place,    Newport Beach, CA 92660-2310
14468877        +United Auto Credit Corporation,    PO BOX 163049,    FORT WORTH, TX 76161-3049

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: megan.harper@phila.gov Jun 05 2020 03:12:54     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 05 2020 03:12:27
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 05 2020 03:12:45     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14462157       +E-mail/Text: EBNProcessing@afni.com Jun 05 2020 03:12:40     Afni, Inc.,    Po Box 3097,
                  Bloomington, IL 61702-3097
14492984       +E-mail/Text: bankruptcy@cavps.com Jun 05 2020 03:12:43     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14462158       +E-mail/Text: bknotice@ercbpo.com Jun 05 2020 03:12:37     Enhanced Recovery Co L,
                  Po Box 57547,    Jacksonville, FL 32241-7547
14493629        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 05 2020 03:11:05
                  Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14462163       +E-mail/Text: bankruptcy@sw-credit.com Jun 05 2020 03:12:34     Southwest Credit Syste,
                  4120 International Parkway,    Carrollton, TX 75007-1958
14467241       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 05 2020 03:10:51     T Mobile/T-Mobile USA Inc,
                  by American InfoSource as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                    TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, TX 76161-0244
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 06, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 4, 2020 at the address(es) listed below:
          PAUL H. YOUNG    on behalf of Debtor Juanita  Johnson-Black support@ymalaw.com,  ykaecf@gmail.com,
           paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
          REBECCA ANN SOLARZ    on behalf of Creditor  PNC Mortgage, a Division of PNC Bank, National
           Association bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com

District/off: 0313-2          User: Lisa              Page 2 of 2               Date Rcvd: Jun 04, 2020
                             Form ID: pdf900          Total Noticed: 20


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
             WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
              ecfmail@mortoncraig.com,  mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                    TOTAL: 6

**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: **JUANITA JOHNSON-BLACK** | : | CHAPTER 13 |
| | : | |
| **Debtor** | : | BANKRUPTCY NO. 20-10702 |

## ORDER

**AND NOW**, upon Motion of the Debtor, the above Chapter 13 Case is hereby converted to a Chapter 7 filing under this title.

BY THE COURT:

June 4, 2020
Date

MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE