```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
In re:                                                           Case No. 20-10702-mdc
Juanita Johnson-Black                                            Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Lisa               Page 1 of 2             Date Rcvd: Jun 05, 2020
                              Form ID: 309A            Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.
```
db             +Juanita Johnson-Black,   5925 N. Water Street,    Philadelphia, PA 19120-2012
14462159       +Eos Cca,   Po Box 981008,    Boston, MA 02298-1008
14462160       +Nationwide Recovery Sy,   3000 Kellway Dr,    Carrollton, TX 75006-3304
14487801       +PNC Bank, N.A.,   3232 Newmark Drive,    Miamisburg, OH 45342-5421
14462161       +Pnc Bank,   Po Box 8703,   Dayton, OH 45401-8703
14462162       +Santander Consumer Usa,   Po Box 961211,    Fort Worth, TX 76161-0211
14465400       +U.S. Department of Housing and Urban Development,    100 Penn Square East, 11th Floor,
                 Philadelphia, PA 19107-3325
14462164       +United Auto Credit Co,   3990 Westerley Place,    Newport Beach, CA 92660-2310
14468877       +United Auto Credit Corporation,   PO BOX 163049,    FORT WORTH, TX 76161-3049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty             E-mail/Text: support@ymalaw.com Jun 06 2020 03:32:11     PAUL H. YOUNG,
                 Young, Marr & Associates,   3554 Hulmeville Road,   Suite 102,    Bensalem, PA  19020
tr             +EDI: FGARYFSEITZ.COM Jun 06 2020 07:28:00      GARY F. SEITZ,
                 Gellert Scali Busenkell & Brown LLC,   8 Penn Center,   1628 John F. Kennedy Blvd,
                 Suite 1901,   Philadelphia, PA 19103-2113
smg             E-mail/Text: megan.harper@phila.gov Jun 06 2020 03:32:31     City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 06 2020 03:32:21
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 06 2020 03:32:28     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jun 06 2020 03:32:24     United States Trustee,
                 Office of the U.S. Trustee,   200 Chestnut Street,   Suite 502,   Philadelphia, PA 19106-2908
14462157       +EDI: AFNIRECOVERY.COM Jun 06 2020 07:28:00      Afni, Inc.,   Po Box 3097,
                 Bloomington, IL 61702-3097
14492984       +E-mail/Text: bankruptcy@cavps.com Jun 06 2020 03:32:27     Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14462158       +E-mail/Text: bknotice@ercbpo.com Jun 06 2020 03:32:26     Enhanced Recovery Co L,
                 Po Box 57547,   Jacksonville, FL 32241-7547
14493629        EDI: PRA.COM Jun 06 2020 07:28:00      Portfolio Recovery Associates, LLC,   POB 41067,
                 Norfolk VA 23541
14471281       +EDI: DRIV.COM Jun 06 2020 07:28:00      Santander Consumer USA Inc.,   P.O. Box 961245,
                 Fort Worth, Tx 76161-0244
14462163       +EDI: SWCR.COM Jun 06 2020 07:28:00      Southwest Credit Syste,   4120 International Parkway,
                 Carrollton, TX 75007-1958
14467241       +EDI: AIS.COM Jun 06 2020 07:28:00      T Mobile/T-Mobile USA Inc,
                 by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:
```
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;Jblackford@gsbblaw.com
              PAUL H. YOUNG    on behalf of Debtor Juanita  Johnson-Black support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
```

```
District/off: 0313-2          User: Lisa                  Page 2 of 2                  Date Rcvd: Jun 05, 2020
                              Form ID: 309A               Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          REBECCA ANN SOLARZ    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National Association bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
          WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc. ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                                                                TOTAL: 6

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | Juanita Johnson–Black | Social Security number or ITIN | xxx–xx–2174 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed in chapter 13 | 2/3/20 |
| Case number: | 20–10702–mdc | Date case converted to chapter 7 | 6/4/20 |

Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline    12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Juanita Johnson–Black | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 5925 N. Water Street<br>Philadelphia, PA 19120 | | |
| 4. | **Debtor's attorney**<br>Name and address | PAUL H. YOUNG<br>Young, Marr & Associates<br>3554 Hulmeville Road<br>Suite 102<br>Bensalem, PA 19020 | | Contact phone (215) 639–5297<br><br>Email:  support@ymalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | GARY F. SEITZ<br>Gellert Scali Busenkell & Brown LLC<br>8 Penn Center<br>1628 John F. Kennedy Blvd<br>Suite 1901<br>Philadelphia, PA 19103 | | Contact phone 215–238–0011<br><br>Email:  gseitz@gsbblaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page 1

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 6/5/20 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **July 9, 2020 at 11:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8. Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 9/7/20** |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |