United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 20-10702-mdc
Juanita Johnson-Black                                                           Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Lisa              Page 1 of 2              Date Rcvd: Jun 05, 2020
                            Form ID: pdf900         Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.
```
db          +Juanita Johnson-Black,    5925 N. Water Street,    Philadelphia, PA 19120-2012
14462159    +Eos Cca,    Po Box 981008,    Boston, MA 02298-1008
14462160    +Nationwide Recovery Sy,    3000 Kellway Dr,    Carrollton, TX 75006-3304
14487801    +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14477430    +PNC MORTGAGE, A DIVISION OF PNC BANK, NATIONAL ASS,    CO Rebecca A. Solarz, Esq.,
              KML Law Group,    701 Market Street Suite 5000,    Philadelphia, PA. 19106-1541
14462161    +Pnc Bank,    Po Box 8703,    Dayton, OH 45401-8703
14471281    +Santander Consumer USA Inc.,    P.O. Box 961245,    Fort Worth, Tx 76161-0244
14462162    +Santander Consumer Usa,    Po Box 961211,    Fort Worth, TX 76161-0211
14465400    +U.S. Department of Housing and Urban Development,    100 Penn Square East, 11th Floor,
              Philadelphia, PA 19107-3325
14462164    +United Auto Credit Co,    3990 Westerley Place,    Newport Beach, CA 92660-2310
14468877    +United Auto Credit Corporation,    PO BOX 163049,    FORT WORTH, TX 76161-3049
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: megan.harper@phila.gov Jun 06 2020 03:32:31    City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 06 2020 03:32:21
              Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 06 2020 03:32:28    U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14462157    +E-mail/Text: EBNProcessing@afni.com Jun 06 2020 03:32:26    Afni, Inc.,    Po Box 3097,
              Bloomington, IL 61702-3097
14492984    +E-mail/Text: bankruptcy@cavps.com Jun 06 2020 03:32:27    Cavalry SPV I, LLC,
              500 Summit Lake Drive, Ste 400,   Valhalla, NY 10595-2321
14462158    +E-mail/Text: bknotice@ercbpo.com Jun 06 2020 03:32:26    Enhanced Recovery Co L,
              Po Box 57547,   Jacksonville, FL 32241-7547
14493629     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 06 2020 03:38:45
              Portfolio Recovery Associates, LLC,   POB 41067,   Norfolk VA 23541
14462163    +E-mail/Text: bankruptcy@sw-credit.com Jun 06 2020 03:32:25    Southwest Credit Syste,
              4120 International Parkway,   Carrollton, TX 75007-1958
14467241    +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 06 2020 03:38:46    T Mobile/T-Mobile USA Inc,
              by American InfoSource as agent,   4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
                                                                                             TOTAL: 9
```

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
cr*         +Santander Consumer USA Inc.,   P.O. Box 961245,   Fort Worth, TX 76161-0244
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 07, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:
```
              GARY F. SEITZ    gseitz@gsbblaw.com, gfs@trustesolutions.net;Jblackford@gsbblaw.com
              PAUL H. YOUNG    on behalf of Debtor Juanita Johnson-Black support@ymalaw.com, ykaecf@gmail.com,
               paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
              REBECCA ANN SOLARZ    on behalf of Creditor   PNC Mortgage, a Division of PNC Bank, National
               Association bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
```

```
District/off: 0313-2          User: Lisa              Page 2 of 2              Date Rcvd: Jun 05, 2020
                              Form ID: pdf900         Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        WILLIAM EDWARD CRAIG   on behalf of Creditor   Santander Consumer USA Inc.
      ecfmail@mortoncraig.com, mhazlett@mortoncraig.com;mortoncraigecf@gmail.com

                                                                                                                    TOTAL: 6

**NOTICE REGARDING TELEPHONIC CHAPTER 7 § 341**
**MEETINGS IN THE EASTERN DISTRICT OF PENNSYLVANIA**
**(Effective April 24, 2020)**

On April 24, 2020, the United States Trustee for Region 3 issued a supplemental notice continuing all in-person chapter 7, 12, and 13 section 341 meetings for cases filed through July 10, 2020. Chapter 13 debtors should refer to their standing trustee's protocol or website for additional information.

All debtor attorneys and debtors are encouraged to participate in section 341 meetings by telephone, or by such remote means as the trustee has established and noticed. Attorneys and debtors may call in from separate locations. Creditors and creditor attorneys may appear remotely and should use the information provided below or on the docket to participate.

All parties are encouraged to contact the case trustee, check the case docket, and the UST website for up-to-date information about section 341 meetings of creditors.

Unless otherwise instructed, to participate in a telephonic section 341 meeting, you should use the Call-In Number and Passcode assigned to your trustee, which will be posted to the case docket prior to the section 341 meeting date.

Unless otherwise directed by your trustee, please call-in five minutes before your assigned meeting time and mute your telephone until your case is called.

Please follow the instructions below to ensure a smooth telephonic section 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number and then enter the passcode, which consists of 7 numbers and is followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the bankruptcy trustee calls your case. (Other meetings of creditors will likely be in session when you call in. You will still be able to hear the trustee even when your phone is muted.)
- Unmute your phone when the trustee calls your case so that the trustee can hear you.
- Wait until the trustee calls your case before speaking because more than one case may be waiting on the conference line at any given time.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once your meeting of creditors is finished, hang up.
- If you become disconnected before your meeting of creditors is finished, call back.

- If you are calling in from another country, please see the additional information available at: https://www.mymeetings.com/audioconferencing/pdf/GlobalAccessDialingInform ation.pdf

Debtor's counsel must verify on the record that they have confirmed their client's identity prior to the section 341 meeting of creditors, either via Facetime or Skype or other means.

Required documents for the section 341 meeting of creditors should be provided to the trustee **a week prior to the section 341 meeting of creditors**.  These documents should include information sufficient for the trustee to verify the debtor's SSN.  Debtors shall have these documents available during the section 341 meeting of creditors in the event there are questions about the information in the documents.

The section 341 meeting of creditors will be recorded by the trustee.  Any other recordings are prohibited.