United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Juanita Johnson-Black                                          Case No. 20-10702-mdc
        Debtor                                                Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: DonnaR          Page 1 of 1          Date Rcvd: Sep 08, 2020
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2020.
db              +Juanita Johnson-Black,   5925 N. Water Street,   Philadelphia, PA 19120-2012

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                              TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2020                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 8, 2020 at the address(es) listed below:
        GARY F. SEITZ    gseitz@gsbblaw.com,   gfs@trustesolutions.net
        PAUL H. YOUNG    on behalf of Debtor Juanita  Johnson-Black support@ymalaw.com,   ykaecf@gmail.com,
         paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION
         bkgroup@kmllawgroup.com
        REBECCA ANN SOLARZ    on behalf of Creditor    PNC Mortgage, a Division of PNC Bank, National
         Association bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
         philaecf@gmail.com
        WILLIAM EDWARD CRAIG    on behalf of Creditor    Santander Consumer USA Inc.
         ecfmail@mortoncraig.com,   mhazlett@mortoncraig.com;mortoncraigecf@gmail.com
                                                                              TOTAL: 7

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Juanita Johnson-Black | CHAPTER 7 |
| Debtor(s) | |
| PNC BANK, NATIONAL ASSOCIATION | |
| Movant | NO. 20-10702 MDC |
| vs. | |
| Juanita Johnson-Black | |
| Debtor(s) | 11 U.S.C. Section 362 |
| Gary F. Seitz Esq. | |
| Trustee | |

## ORDER

AND NOW, this        8th                day of     September    , 2020 at Philadelphia, upon failure of

Debtor(s) and the Trustee to file and Answer or otherwise plead, it is:

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and

the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and

Consumer Protection Act of 2005 (The Code), 11 U.S.C. Sections 362), is modified with respect to the

subject premises located at 5925 North Water Street, Philadelphia, PA 19120 ("Property"), so as to allow

Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject

Mortgage and pursue its in rem State Court remedies including, but not limited to, taking the Property to

Sheriff's Sale, in addition to potentially pursuing other loss mitigation alternatives including, but not limited

to, a loan modification, short sale or deed-in-lieu of foreclosure.

_Magdeline D. Coleman_

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge.

Juanita Johnson-Black
5925 North Water Street
Philadelphia, PA 19120-0000

Paul H. Young,, Esq.
3554 Hulmeville Road
Suite 102
Bensalem, PA 19020

Gary F. Seitz Esq.
8 Penn Center
1628 John F Kennedy Blvd., Suite 1901
Philadelphia, PA 19103

KML Law Group, P.C.
Suite 5000 - BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532