Certificate Number: 03621-PAE-DE-034896069

Bankruptcy Case Number: 20-10702



03621-PAE-DE-034896069

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2020, at 11:47 o'clock PM EDT, Juanita Black completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 19, 2020    By:   /s/Jose Cacique

Name: Jose Cacique

Title: Credit Counselor